Amend and Attach This complaint with The complaint Mr. Edgar Lee Warren have The united states District court Northern District of California.

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Warren Edgar Warren
(Last) (First) (Initial)

Prisoner Number Edgar Lee Warren

Institutional Address 35 County Center Dr. Oroville, ca 95965

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MHP

Edgar Lee Warren
(Enter the full name of plaintiff in this action.)

vs.

Butte County Jail, Doctor's and medical staff and elic law library here Butte county Jail.
(Enter the full name of the defendant(s) in this action)

CV 08 2861

Case No.
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

(PR)

E-filing

***[All questions on this complaint form must be answered in order for your action to proceed..]***

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Butte County Jail

B. Is there a grievance procedure in this institution?

YES ( ) NO (X)

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO (X)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

08-2861 MHP

1. Informal appeal N/A

2. First formal level N/A

3. Second formal level N/A

4. Third formal level N/A

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( ) NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. MR. EdGAR Lee WARREN PUT IN INMate ReQUES IN INMate ReQuest FORM about This issues becouse WARREN need MEDICAL help FOR STAFF INFECTION now and WARREN told The Law OFFICES and The COURT Judge HERMANSEN and He give A COURT ORdER But have Did ANY thing Butte COUNTY JAIL and State COURTS DON'T go by LAW SO WARREN Constitution Right been Violated Federal Law and State Law and SO ON

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Butte COUNTY JAIL, Doctor's and MEDICAL STAFF and the LAW library here Butte COUNTY Jail.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

Page 1

'MR. Edgar Lee WARREN constitutional Right's have been Violated by Butte county Jail and Clic Law librar here To at Butte county Jail however WARREN had Put his name on The Form For To go over To Clic Law library over and over But Was not call over there into Clic ARe Butte county Jail Want WARREN there and some time WARREN have To Wait - 30-To-60-days get over To Clic Law library and Clic do not let WARREN get copies of his Legal Work some time and when Clic do give WARREN copies You can not see Them To Then When WARREN ask For case Laws From Clic WARREN Don't get The Right one and You can look into about all The Forms WARREN Put into With his name on For The Clic Law library here at Butte county Jail however ask To get Federal court seeking Relief and Clic Law library Will not let WARREN get it and Then WARREN Did What He can get To get Pre-trial UNDER COLOR OF AUTHORITY A MANUAL FOR FILING A FEDERAL Civil Rights Action original Edition by DAVE DAVIS updated by Jacqueline Henss, 1983# A Project of The Prisoners Rights union and WARREN ask For other of Them books But Clic Would not let WARREN get it and Butte county Jail said Inmate's here

at Butte county Jail can not Pass ANY thing oF help With Legal WORK This is What Butte county Jail told WARREN and all The INmate's here and WARREN is give little oF Food here at Butte county Jail and The same FOR all The INmate's here To and WARREN is told by Butte county Jail can not Sass Food To and This is going on in-B-Pod To Where WARREN is at IN Butte county Jail however MR. WARREN have had not bLANKEt cLAEN in-6-MONth and The same FOR all The INmate's here have had bLANKEt cLAEN-in-6-MONth To This is all here in Butte county Jail and-B-Pod To and all The men and women here in Butte county Jail IS WITNesses on This issues and so on and so on however WARREN court Attorney MR. Jesus Rodriguez came up To see WARREN To time and wait FOR-30-40-minute and Did see WARREN But Butte county Jail sergeant BROWNFieLd and The OFFicer's that was here that day To FOR-B-Pod was in on it To oF not let WARREN out FOR his Attorney visit however MR. Jesus Rodriguez IS WITNesses ON This issues and

Sergeant Cooley and Sergeant Brownfield and Some of Classification all work together doing This act and clic Law library To however county Jail of The state of california and The Prison's of The united states suppose To be Rehabilitate and not Rehabilitate criminal like Butte county Jail do and so on and so on and Butte county Jail and The sergeant Brownfield here at Butte county Jail with hold The Legal mail To that Warren send to united states District court Nothern District of california and it was Butte county Jail have The 42 U.S.C. §§ 1983 # complaint and The Appointment of all mr. Edgar Lee Warren constitutional Rights have been as Plaintiff mr. Warren in This case Federal Law and state Law the First sixth Amendments of united states constitution however The held that Prison authorities may soreen mail, But not suppression of expession is Furthered and 2) intrusions were no greater than necessary or essential, Additionally, the court held that due process Requies that a decision to censor or withhold mail must be acompanied by Rudimentary due Process, including notice To the Inmate affected, an opportunity For the author

of the letter to Protest and a hearing by a Prison official other than Person who decied to initate the action. several courts have indicated that a Prisonr's visitation is Protected by The First Amendment. Plaintiffs have presented an actionable claim to the court. it is for the court to decide, at time of trial, whether the Restrictons Placed upon Visits in the Butte county Jail are so severe as to be violative of Plaintiffs' Amendment Rights. C. USE OF The TELEPHONE Defendants' arument on this point is incomprehensible and must be in error. numerous courts have held that Pretrial detainees' Freedom of expression encompasses Reasonable access to telepones to call attorneys, witnesses and loved ones. D. ACCESS TO EXERCISE AND RECREATION many courts have held that the denial of adequate exercise and Recreation to jail inmates is cruel and usual punishment in Violation of The Eighth Amendment of the united states constitution. the court held that Plaintiffs must be allowed one hour of outdoor exercise a day, Five days a week; To do less was to be in violation of their Rights under the Eihth Amendment. Due process and equal protection of the Law have been held

over

to mandate that pretrial detainees attain some minimum measure of outdoor exercise each week. court orders have ranged from requiring one hour of outdoor exercise daily to 8 1/2 hours of outdoor exercise per week, with preponderance of authority requiring at least one hour a day five days a week. the united states supreme court upheld the use of a publisher only" Rule regarding pre-trial detainees' access to reading material, But under limited circumstances not present herein. First, the application to hardback publications. second the court noted the significance of a relatively large library within the institution thereby implying a different conclusion might be in prisons or jails without adequate reading libraries, And third, the court apparently applied a least restrictive altrnative test to the rule. Plaintiffs have alleged both a violation of state law and a violation of constitutional dimemension in assrting their belongings, including legal papers and attorney-client mail, have been confiscated from them without justification. a. BAths AND

SHOWERS PlaintiFFS have specificall alleged they are NOR allowed To bathe ON a Regular basis, are denied showers as a Form of discipline, and are not allow to bathe PRioR To court appearanoes. These issues are of constitutional dimension under the Filth, Eight and Fourteenth Amendments of the unied states constitution.

that visiting condHions be established which assure decency, comfort, privacy of oonversation, conjugal Rights, and visiting periods of adequate duration and Frequency, and that PRisoners' visitors not be Required to wait intolerable lengths of time before visits occur. that no limitations be placed on persons an Inmate may see, communicate with and receive communications FROM; that Inmates be assured of Reliable aooess to telepones to make outgoing calls and to Receive inooming call, and that such phones not be wiretapped or monitored in any manner. that a Reasonable set of Rules Regarding intra-jail behavior and inmates Rights be Promulgated in English and spanish and provided For each prsoner upon entry to the Jail and evidenoe upon, and hearing before an impartial tribuna;

PlaintiFF would argue that the complaint on File herein, while lengthy, is a clear

over

and precise articulation articulation of Plaintiffs case and meets the objective of Rule 8(a) of the Federal Rules of Procedure in providing the defendants with precise notice of Plaintiffs' legally cognizable grievances.

it is made clear throughout the complaint that the grievances specified occurred at the time of the filing of the complaint; all statements are made in the present tense. it is also specified that the grevances were occurring at the Butte county Jail, central Facility. Rule 9(F) of the Federal Rules of civil Procedure is not violated by such a pleading format. The length of plaintiffs' complaint is the result, not of any attempt on their part to obfuscate the issues, But of the number of parties necessarily named and the enormity and complexity of the issues raised by their conditions of confinement. in every case cited by the defendants in their motion, complaints were dismissed, not because of their length, But because they were verbose, redundant, confused, and replete with irrelevant material. cited by the defense, the court was contemplating Pleadings totaling that 4000 Pages and requiring

a truck to convey. 

PlaintiFFs Edgar Lee WARREN constitutonal Rights are being violated oN The First 1th, FourtH 4th FiFtH 5 th, SixtH 6th, Eight 8 th, 9th, FOURtEEtH -14th, AMENDMENT however WARREN have staFF INFFection and The Butte county Jail medical Doctor's and medical StaFF here will not give WARREN The StaFF here will not give WARREN The Right-medical assistance FOR The StaFF INFFection that WARREN have ARE The Neutrogen soap FOR The StaFF INFFection WARREN got all over him however WARREN can not Read ARE WRite But WARREN hope The court will APPointment counsel To be should his Lawsuits be all ON The Right ones in This cases and so ON and WARREN send some Notery Legal mail From Butte county Jail To Butte county CourtHouse and To The one was WARREN COUNSEL MR. FRdeRick A. McNeIll however it was about -6-ARe-7-MoNth of go and Butte county Jail had A Woman oFFicer's do WARREN Notery at that time But that Woman oFFicer ever give Edgar Lee WARREN A Receipt FOR The Notery Legal mail To Butte county courthouse ARE EVER give WARREN A Receipt To his counsel MR. FRdeRick A. McNeIll Notery Legal mail that WARREN send him however WARREN send Legal Letters over

To The Law OFFices To MR. DANE cameRON and miss. stephani Fermino Phone number (530)893-0676 # about This issues and WARREN call time To time about This issue when WaRREN Phone call was going through some time at that time however WARREN had send one of his Family This mail and her name is BRENDA SUBBECK and Butte county Jail would not let The mail go To her and Then Butte county Jail take The stamp OFF OF This mail however WARREN got The mail back ON may 29-2008 # see EXHibit-3-so Butte county Jail stop WaRREN mail going out and WARREN stop WARREN mail going out and WARREN Did here ANY thing FROM Butte court courtHouse about The NoteRY Legal mail and WaRREN Did here ANY thing FROM that COUNSEL FRdeRICK A. McNeIll about The NoteRY Legal mail and so ON and so ON however back To Butte county Jail ON The issues some of The medical Doctors and medical staff here don't have they names ON Them and The medical staFF and Doctors they will not give they names out To ANY of us INmateIs and so ON and Butte county Jail send other one of The MaIL that WaRRON send To BRENDA back To WARREN see EXHibit 3- ON The DAte may 30-2008 # and Did same thing ON This Issues To and so ON and so ON

Plaintiff Edgar Lee Warren went the court may 20-2008# got to see his cousin BRENDA SUE BECK and she went to court the same day warren went to the same court however miss. BRENDA SUE BECK send Edgar Lee WARREN A Letter may 20-2008# WARREN got the Letter From BRENDA ON may 22-2008# Then WARREN had A Letter send back to BRENDA SUE BECK ON may 22-2008# Be For WARREN got that Letter the same day so however Butte county Jail send the Letter back to WARREN that Letter WARREN send miss BRENDA may 22-2008# WARREN got the Letter ON may 30-2008# see EXHibit-3- so WARREN Know that so see EXHibit's-A-1-2-3- see EXHibit-4-miss. BRENDA SUE BECK have not went to PRison at This time But if Butte county Jail say that she was not here ON Them DAtes Then let ask to see the Forms here at Butte county Jail that show the DAte miss. BRENDA went to PRison Then call the First PRISON miss. BRENDA went to and see what DAte Did miss. BRENDA SUE BECK got there and have that Form send to us because the mail WARREN send BRENDA SUE BECK Butte county Jail should not been send back to WARREN there For Butte county Jail violated Federal Law of the united states by the way Butte county Jail take over

The stamp off: The mail that WARREN send To miss. BRENDA SUE BECK and send mail back To WARREN See EXHibit's-A-3- and EXHibit-3- and so oN and so oN Edgar Lee WARREN is asking The Federal court Judge FOR A Federal court order To get medical assistance FROM A DOCTOR that DON'T WORK here at Butte county Jail and WARREN IS asking Federal Judge FOR help however MR. WARREN DON'T Know What more can WARREN do To get medical assistance however Edgar Lee WARREN Know that Butte county Jail and Butte county court House some of Them DON'T like black INMATE'S ARE black People up here in Butte county so there FOR WARREN Law suit IS ON all The issues IN WARREN COMPLAINT and his Amend and ATTACH COMPLAINT and see all The EXHibit's With The complaint however need To look in Edgar Lee WARREN medical File here IN Butte county Jail and so oN and so ON- see EXHibit-G- and so oN Edgar Lee WARREN Put his name ON The cl:c Forms FOR The Law library over and over FOR over-30-days now and they want call WARREN over there some time Butte county Jail Want let WARREN out FOR The Law library when WARREN is call over there and when WARREN do go over there FOR Legal copy's and clic give WARREN copy's that you can not See and when ask FOR Legal FORMS Then WARREN is not Give The Right FORMS and all so not give all of The FORMS Then see EXHibit-E- and so ON and so ON.

Edgar Lee WARREN Want the Federal court Judges To Know some of The Doctors and Nurses here at Butte county Jail that some of Them Don't have LICENSE To be Doctors and Nurse here Are ANY Where Then if someone look into it on This issues about Them Then Butte county Jail send Them A Way and into it all over With and Then they come back here To Butte county Jail and so on and so on.

Edgar Lee WARREN ask The Federal court Judges To APPINtMENt COUNSELS ON This case To made should that get all Who Is Legal RESPONSIBLE FOR Butte county Jail and The Legal mail and Notery Legal mail and The mail and The with hold of Edgar Lee WARREN of Legal mail and The Notery Legal mail To and WARREN mail and Who Are all Legal RESPONSIBLE FOR The Doctors here at Butte county Jail and who all Legal RESPONSIBLE FOR TOP medical Staff here at Butte county Jail and who all Legal RESPONSIBLE FOR clic Law library here at Butte county Jail however WARREN can not Read and Write But WARREN Did What He can To get This complaints Right FOR WARREN Law suits can go through on all The issues in This complaints and so on and so on.

See all The EXHibit's in This complaints.

can not get all ON This complaints ON here see Attach and so ON

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

can not get all ON This FORM see complaints Attach and so ON

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

MR. WARREN Would like FOR The court Federal To get WARREN medical Doctor that not From Butte county Are Butte county Jail To help WARREN about The staff INFEction and Put WARREN Lawsuit through The Federal court and APPOINTMENT OF COUNSEL ON THIS case and so ON and so ON

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of may, 20 2008

Edgar Lee Warren

(Plaintiff's signature)

ABSTRACT WITH EXPARTE PAGE ONE [1] TITLE DATE TIME HOUR MINUTES

IN THY —VS— The MATTERS OF WE THE people —V.S.— UNITED STATES NORTHERN COURT FOR UNITED STATES SAN FRANCISCO DISTRICT LOCAL CIVIL NDC —VS— EDC JURISDICTIONS EXPARTE 18281955 18 EX—EXCELL—EXPARTE —CVF 19, STATS 28, 1958. RESOLUTION EXPEDITED EXPARTE NUM CVF 19 [18281958 1828] [2007-2008 JUDICIAL EIN NOTICES

IN PRO PER EDGAR LEE WARREN [PLAINTIFF] EXPARTE EIN NO. ——— SOCIAL SECURITY NDC EASTERN EDC EXPARTE 1828195 61828 CHIEF —LORD— HOUSE —OF BALTIC ——— IT IS SO ORDERED GRANTED [UNDER SEALS] SS;} UNDER SEAL —SEALS— SEALED By SIGNATU— FOR EXPARTE —SIGNATURE —Judgement CREDITOR —CHURCH— DAVID —ISSAC—DI—TOR VITICAN POPE —SIGNATUR —DATE —SEALED

V.S.

peo 95818 people 95896 —USC—NDC —WISS— RWW Rhode Island Henderson NORTHERN USC UNITED STATES NORTHERN USC Federal DISTRICT Judge —VS— MAG —VS— CHIEF MAGNISTRATE [UNITED STATES NAMED PART B Defendants ALL JUSTICE Ronald A. George —VS— [WISCONSIN]

[2007] Superior CASE NO. ——— CITATION NUMBER ——— CITY ——— zip code ——— Judge ———

CASE CV— CR— CRIM— (NDC) EXPARTE REPORT ——— ORDER ORGANS ——— RE ——— EXPARTE ACCUSATORYS ——— RE CLAIM ——— NOTICES ——— ORDER AFFIDAVIT ——— (NDC) ——— RE EXPARTE ——— VS Benicia MOTION ——— ORDER ——— (NDC) pleading ——— REORDERED PLAINTIFF ——— PETITION EXPARTE SUMMARY ——— PRAYER REPATORY ——— RE ——— ORDERS IT IS SO ORDERED GRANTED BY— CHIEF —ELDEST —LORD ——— ORDERS ——— ORDERS

PROOF OF SERVICE By via USC —USPS— mailing(s) UNDER PENALTY OF PERJURY SO DIRECTING ALL COURTS JUSTICES NDC —VS— BENICIA —Judge—Supra —V.S.— NDC— CHIEF— MAGNISTRATE NORTHERN USC DISTRICT CIVIL COURT Henderson —VS— (EDC) FRESNO [United States] IT IS SO EXPARTE ORDERED GRANTED By CHIEF —EXPARTE —VS— EDC [WISCONSIN]

CVF 19, 28 STATS 99] 1988 Z [1989] (1469. 1541. 1992)

PROOF OF VIA USC USPS SERVICE SO DIRECTING COURT NDC CLERKS APPORIATMENT NDC COURT COUNSELS

please MAKE CIVIL COURT □ LAW SUEING(S) INTENSTIONS To proceedings SET AT ISSUE IN 10 TRIAL BUSSINESS COURT TRIAL LIEN LAW DAYS, people —VS— BRYANT SEALS SMITH (NDC) IN COURT —— dept. —— Judge —— CLERK —— ASSESOR —— RECIEVER —— ADMINISTRATOR —— SUPR(A) —APPLT —Judge —VS— MAG. —NDC ON DAY —— MONTH OF —— IN THE YEAR —— OR SHORT TITLE —— NAME —— VS —— COURT —— IT IS SO ORDERED GRANTED PAGE ONE TIME By CHIEF —— MAG. —— DATE

DATE TIME COURT DEPARTMENT EXPARTE RE—REPORT—ORDER PLACE Room SEALED —VENUE —ORDER APPLT COMM. —VS— Judges CHIEF MAG. —VS— JUSTICES EXPARTE ——

PROOF OF SERVICE GRANTING CIVIL LIEN LAW CLAIM

(2007-2008) PROOF SERVED TO PARTIES

CVF 28 STATS 28 TITLE 28 USC 1958 USCA 1959 (1998) PAGE 2. DATE ____ TIME ____ CITATION ____ CITATION

FIRST CAUSE OF ACTION COURTS ORDERS WELL SO BE DIRECTED TO HIGHER COURTS MOTION AND ORDER GRANTING MODIFICATIONS PIST USCA — COURTS — OF — NDC — APPEALS ON CITATION ____ ISSUED BY OFFICER ____ Badge ____ IDENTIFICATION ____ SUPERIOR CASE ____ VENUE CIVIL CASE ____ COURT APPEAL CASE ____ COURT DATE ____ TIME ____ MINUTES ____ CHICO CITY ____ □ WHITE OR □ BLACK □ HISPANIC □ LATIN STATS 28 USC 521 COLOR By his — or — her() — COLLAR OF CVF 1999. US 521 (28) people VS MC INTIRE (2000-2010) TITLE 28 USC 1958 INS UNC IMM FORM 1954 ATTACHMENT CCP 758 Rule 758 USCA 1988 A VS B Applies 28 USC 1538. Illegal ALR (DMV) ALR, PRIVACIES — □ YES OR □ NO, BINDING CONTRACT □ This police officer Did NOT Show And 48 Hours ARREST WARRANT IN Both CASE(S) SINCE OUT OF JAIL CUSTODY 10 DAYS BACK TO PRIOR CASES — or Files — you Need your Notice of Appeal Prelimary Hearings Applies

2ND CAUSE OF RELATED CIVIL LAW SUIT CASES 28 USCA 1958 (1959.1988) NOTICES OF RELATED CASES ____ CASE ____ CASE APPEAL — PREMATURE — GRANTING MOTION AND ORDERS 1988 (758) OF FULL USCA — VS — USC — people (UNITED STATES — defendants) (2007) TITLE 28 US 521 IS COLOR BIAS USC 526 AC / dc BIAS 31 USC 527 (528) CRIMINAL USC — VS — USC Cal NDC — INFORMATIONS general Negligence you must Memorandum Tissue(S) Each CITATION(S). Each period people VS Johnson (chico — VS — Cal NDC 2 Appeals (2001-2011) TITLE 19 USC 1539. Rule 19-19 IS Illegal 31-31 (527) PROHIBITION(S) To SEARCH To SEARCH OR SIEZURE Beyond 15 PRIOR DAYS from out of CUSTODY Illegal JAIL (CREDITS) Illegal 28 USC 1538 (1539, 131. 132. 133) DUE PROCESSES S Ct. 1101 1318 1387 1432 1469 1538, 1539. 1540 [1541. 28-29]

STIPULATION MINUTES CIVIL SET AT ISSUE MEMORANDUM points AND AUTHORIES GRANTING $ 1994 DEFAULT And $ 1,00 TAX DMV, Wrongdoers 19, 29 CCP 349. Rules 631. STATS 28-28 1958 CA USC 2 1958. 29-28 IF MR Edgar lee WARREN, (AKA) SUMMERS 4141 DNA, JORDAN (Nike) VS payless Shoes (Plaintiff INMATE) CCP 631. STATS 28-28 (ROSS) (PATTON) ON DAY ____ DATE ____ YEAR ____ I Declarant ____ SIGNATURE ____ PLAINTIFF CLAIMANT IN JAIL ON ____ DATE ____ DAY ____ MONTH ____ YEAR ____ WAS LAST CASE ____ CASE ____ CASE ____ (9d) CASE ____ COURT ____ department ____ COURTROOM ____ Judge ____ Judge ____ □ The LAST out of CUSTODY DATE ____ you Have 10 DAYS from A Legal WARRANT people VS JOHNSON To provide preliminary Hearings

USC 740 WRITTEN USC 741 (759) CANNOT Be Issued AFTER 15 DAYS 18 USC 737 USC 738 USC 739 you Have CVF 31 USC 1382. STATS 37-37 Statues To up Hold your Beyond 10 DAYS Beyond 18 DAYS Beyond 69 DAYS you Failed To 39 USC 37. 1538. 1387. 1388. STATS 49. 98. 128. 131-131 132-133 MILLER + STAR people VS TIDEMAN 1007 VIOLATION people VS OWENS (USC court) 98. 131 1007 ...

MINUTES STIPULATIONS (SB) 28 1299 CVF 19 ALR 39. 312 RELATED CASES IST CAUSE OF ACTIONS

EXPARTE (3) p 28 3RD 28. 18. 3-2 FED 3 2NRD DATE 12-24-2007 Time 9:57 pm

THE SONG NAME | FOR A PARTY |

| P1ST CHOIR | 1628 Z 1628

IM Headed FOR A PARTY) I AM Headed FOR The FARM, IVE BeeN WAITING FOR The SUN To come (up) Its So EARLY The hens HAVEN'T HAd Time To (LAY HER)

| P2Nd CHOIRS | 1628 Z 1629

Eggs) BUT Honey, IM Headed FOR (Bed) JUST AS SOON AS I FINISH WORK) OR geT Done WhAT EVER COMES FIRST The chickens OR The Eggs

| P3RD CHOIRS | 1631 Z. 1631

Hey LOVERS) Hey girls) Have you Been OUT ON The FARM LATley, OR HAS It Been DAYS) weeks Hey Honey do you WANT To Ride To (TOWN Today)

| P4TH CHOIRS | 1634 Z. 1635

ABOUT LUNCH Time MAY Be ILL (Buy Today) SeNSe IM DRIVEING, AND Headed FOR A NERVIS (BReakdown) OR FOR A PARTY BUT NOT FIVE (Its To SMALL)

| P5TH CHOIRS | 1636 Z. 1637

FOR ME IM A Big (Guy) AND STILL LooKING FOR Love) IN all The WRONG PLACES) MAYBe my Lucky well change DURING LUNCH BREAK. (Today)

| P6TH CHOIRS | 1638 Z 1639

BECAUSE IM BUYING) (you) A SANdwhich Today, Its Been weeks SeNSe we Had (LUNCH Together) well PROABABley TALK FOR HOURS OR PARTY OR PLAY I Love you (THAT much) DO you EVEN CARE IF I go IF I STAY) I Love A good PARTY.

2007 THE [illegible] DECLARANT [signature] ET CHS INITIONALED THE [illegible] EXPARTE Signed A SIGNATURE AS Song 356. WRITER

2Nd [ CONTINUED ]

(2007-2010) CHS See ATTACHED ORIGINAL DOCUMENTS

PAGE 3. DATE ____ TIME ____ MINUTES ____ (2007-2010) TITLE 28 USC 1988 (1769.1687.1988) CITATION No. ____ CITATION No. ____ SUPERIOR CASE ____ VENUE ____

RE [MEMORANDUM POINTS IN AUTHORITIES] GRANTING MOTIONS TO QUASHT CITATIONS THEN CHARGES THEN COUNTS. CIVIL Federal CASE ____ APPEAL CASE ____ COURT ____ DATE ____ TIME ____ MINUTES ____

[2007-2008] ON good CAUSE SHOWN GRANTED ON CRIMINAL ____ Appeal ____

☐ IF INMATE NAME ____ WAS IN JAIL ☑ 2006 OR ☑ 2007 ON DATE ____ Time ____ Hour ____ MINUTES ____ Venue Judge ____ department ____ BEFER Judge ____ dept. ____ DATE ____ FULL CRED,T ____ COURTROOM ____ Time ____ THEN LEASED ON ____ IN CUSTODY ☐ WAS SERVED ____

The people HAVE ☐ 10 DAYS To SUPPLY ORIGINAL HEARING ☐ when Released This After ☐ 10 DAYS ☑ People VS Wilson ☐ 15 DAYS ☑ People VS Johnson CRF 99.128.758 ☑ peoples VS Tideman 28 US 1007 (1008.1009.29-22) 1988 Z 1989 applies ccp 1958 Form 1958.29-

PLAINTIFF BACKGROUND pleadings [SUMMARY PRAYER] REPORT 2828 (3599.58 GRANTING COURTS ORDERS WELL FLOW

FOR COURT COST $ 19,999 PUNETIVE $ 10,800 CIVIL $ 35,800 Reliefs $ 45,60L MONETARY $ 99,800 AWARD $ 79,800 VENUE CHANGE $ 10,000 COURTS $ 1,999 Fees

When A MAN OR WOMEN IS physically Held IN CALIFORNIA JAIL 2006 OR IN CUSTODY 2007 IN JAIL, The courts ☑ Have only 10 DAYS Due process DAYS, OUR BINDING ☑ people vs Johnson 19 USC 939 add Fleming 166 Z 657 ☐ After (10 prior MR CONTRACT IF Edgar Lee Warren left the court Beyond 60 CONTRACT TRIAL DAYS ☑ MAXMIUM DUE WARRANTATION civil criminal process 18 US 19 US 1388 (1387.138 add Tideman 19 USC 1007 (10 769.1

PLAINTIFF COURT ORDER GRANTING [MOTION TO STRICK] 1989 Z 1989 (ccp 1956,631 SUMMARY REPORT 2828 Orders 1988 RE 28688 ORGANS 28988 H/S 49988

CVF 2828 CCP 1958 CRF 49 UNC 1958 (1951-1994) PUNETIVE DefaultS $ 1994 amend

The courts Have No ☑ power Beyond ☑ 10 DAYS ☑ 15 DAYS ☑ 19 TRIAL DAYS NOT Beyond ☑ 30 DAYS [ORDER TO show CAUSE EXSPIRES ☑ 40TH TRIAL DAY CCP 119 To CCP 139 Rules ☑☑ Thur 1999-1999 ☑☑☑☑☑ P6.1541 (321)

All courts Legal US — USCA — USC — COURT ORDERS people VS Tideman (SB) 61 To (SB) 1999 CIVIL LAW SUITS $ 1,999 PUNETIVES Applies TAX COURT [ADA] [TITLE] 19-16 ☑☑☑☑☑ VIOLATIONS 19 UNC 1958 INS 19.131 Forms 1387-1399

1991 (471) ORDER 1992 (471-688)

There A 60 TOTAL TRIAL 18 USC 1389 (1388.133.209.1387.209.1382) Legal Speedy TRIAL STATUE ITS CRF 19 [1389.1961] Rules 1951 To 1999 19,1382 (166 657 1043 1098.1099 TAX Frauds 1099 USC 1331 US 1332.1342) 26,1382 [CONTEMPT 19 USC 1389.1382.1342 (14,1342) 141382 CONTEMPT

See CCP 119 To 139 TIME LIMITS Judge ____ GRANTING ____ MOTION ____ CASE DISMISS ☑ FOR good CIVIL LAW SUIT CAUSE Shown DATE 4-19-2007 Time 2:31 ____

[EXPARTE NOTICES] OF SUA ARREST SPONATE VS ONE [UNITED STATES] SUPP ☑ 37 WHEAT ☑ VS ☑ CORN (Cal NDC) Z APPEALS Z (2000-2010) TITLE EX- (PLTF) 28 UNC 2828 (478.688) USSR 688 (1958.1541.1688.1799 1853.1916-1994)

BECAUSE P 5TH DIST 166 USC 657 US 922 US 966 (967.969) US 1043 (1042 P6.6TH CIR. — DIST. — Rules 14 1382 Rules 1331 To 1999-1999 ☑☑☑☑☑ FORM 195 Form 1988 Z 1988 Applies ☑ INFORMATION A VS B ☑ People Z police ☑ IN CONTEMPT COURTS IN 60 WARRANTATION PAGE 3. ____

☑ RE MINUTES (MEMORANDUM SET AT ISSUE) ☑ BACKGROUNDS DECLARATION (SB) 281299 ☑ pleadings By ____

(A) EXPARTE (4) P 2.4 NRTHDIST 28.184.2 FED 4] 3.2NDISTRICT1541

DATE 12-24-2007
TIME 9:58 pm via minutes

(A) THE SONG NAME [INSULATIONS OR

[P1ST CHOIR]
1641 Z 1642

IVE BEEN TALKING TO YOU. IVE BEEN (THINKING AGIAN) MANVILLE (INSULATIONS OR) OWENS CORNINGS "OH" THE HARDWARE STORE OR ACE HAS A SPECIAL

[P2ND CHOIRS]
1642 Z 1643

ON SALE, TODAY OR THIS WEEKENED (OUR) YOU STILL GOING TO TOWN TODAY) OR THIS WEEKENED. HEAVEN JUST WONT WAIT WHEN THERES A SPECIAL

[P3RD CHOIRS]
1643 Z 1644

ON SALE) I LOVE WORKING ALL NIGHT THE SECURITY LIGHTS OUR SO BRITE, (JUST TELL ME) DO YOU WANT TO RIDE THEM COWBOY HARRY SMITH

[P4TH CHOIRS]
1647 Z 1647

LETS TALK AWHILE OR DO (SOME INSULATIONS) BEFOR THIS WINTER COMES AND CHANGES WEATHER OR CATCHES US OFF GUARD (AT HOME) DURING A WINTER STORM

[P5TH CHOIRS]
1647 Z 1648

LAST NIGHT, I FELT SO TIRED) I DIDNT SLEEP A WINK, ITS LIKE PROVERB WORKING AT NIGHT JUST ANOTHER PROBATE CODE TELL ME SOMETHING DO YOU

[P6TH CHOIRS]
1648 Z 1656

(CARE) OR WANT TO STOP FOR LUNCH (YEA) TELL ME) WANT TO WORK SOME MOORE OR STOP FOR LUNCH IM TIRED AS HELL AND MONEY HUNGRY (WITH NO SLEEP) NEEDING A LUNCH BREAK. A LITTLE ME R&R I GUESS "YEA"

2007 THE (A) DECLARANT [signature] ET CHS

THE (A) EXPARTE SIGNED A SIGNATURE AS SONG 356. WRITER INITIONALED

3RD [CONTINUED]

(2007-2010) CHS SEE ATTACHED ORIGINAL DOCUMENTS

(ABSTRACTS WITH PLAINTIFF A TITLES) (1) PAGE NUMBER

IN PRO PER
Edgar Lee WARREN (4141)
INCOMPOSIERS WITH INFORMATIONS
1145 WEST 2nd STreet APT #3
BuTTe COUNTy CHICO CALIFORNIA 95926

2007 CLERK ___ STIPULATION ___ duley ___ SWORN MINUTES ___ HOUR ___ TIME ___ ENTRY TO JUDGEMENT By clerk By ___ EXPARTE ___ CHIEF ___ Lords ___ VS ___ LORD ___ HOUSE OF COMMONS ___ WEALTH ___ FOR ___ SPECIAL ___ Judgement $ 1,994 USC CASH MONEY Dollars + 1 Day

EXPARTE CLAIMANT, DECLARANT A ET PLAINTIFFS IN PROPER UNC [WARREN] ___ INITIONED EX-PETITIONER A ET. PREMOTION ___ TAX ___ INFORMATIONS CURATOR ___ ET
☐ PRIVAT COUNSEL ___ EIN NO. ___ ETS
☐ PUBLIC EIN NO. ___ defender ___ ()
SEALED TRIAL ATTORNEY () ___ ETS ___ EGS ___ SEG ___ IES
JUSTICE ___ EX EXPARTE ___ DATE ___ TIME ___ [ ]
IN THE MATTERS OF A VS Z people (superior)

ORDER OF EX-EXPARTE ___ HIGHER ___ COURT ___ GRANTING ___ ORDERS ___ WELL-FL AT $ 1994 PREMOTION PER CASE FI[LE]

IT IS SO ORDERED GRANTED By ___ SEALED ___ UNC ___ USSR ___ UK ___ GEN ASSE[MBLY] CHIEF ___ ELDEST ___ BALTIC ___ ELDEST ___ ELD BERRIES ___ OR CLASS ___ PARTIES COME FIRST A VS Z BEFOR FIRST 5

RE STIPULATION () ___ INITIONED ___ EXPARTE ___ SEALED ___ RE RECOR[D]

A V.S. B (SSS) plts defts

THE Z UNITED STATES USC CIVILIAN DISTRICT COURTS
UNITED STATES SAN FRANCISCO P 3RD DISTRICT COURTS OF EXPARTE 19, [1828 2818 . 19. FED 4TH NDC 1994.1994 cal Appeals [SAN FRA[NCISCO]

V.S. Z UNITED STATES NORTHERN U.S.C. DISTRICT COURTS

RE 29-6-5.4 Z VS Z To 99 For P2. 1ND FEDERAL 3.4 TH FREZNO A VS Z FRESNO Z Als
UNITED STATES OF AMERICA A VS Z UNITED STATES
USC A VS Z USCA Z SUPREME P4. 3Rd FED 4TH SUPREME
CALIFORNIA UNITED STATES USCA NDC A VS Z NDC [EASTERN DISTRICTS

SUA ARREST SPONATE EXPARTE STANDING ORDER CVF 28. 19, [181818.19 [2828-2989.19 Z
[SHORT TITLE] RE 2819181818 19 2828-2989.19 Z Z

IN PRO PER

[2007-2008] CITATION NUMBER ___ [JUDICIAL EIN NOTICES]
Chico, Oroville SUPERIOR CASE ___ [TAX COURTS CASE]
[EXPARTE] VENUE CASE ___ DATE ___
CV-NDC-11:19-2007-524161 1820 Z] ___ DATE ___
APPEAL CASE ___ DATE ___ R S T
(2007-2008) TITLE 28 USC A 1996 [524161 1820 Z] TIME ___

A ET Edgar LEE WARREN [CURATOR] ON CLAIMANT, DECLARANT A ET EXPARTE PLAINTIFF SUA SPONATE Judgement Creditor(s) PREMIUM EX BELIX ___ PETITIONERS ETS ___ EGS ___ SEG ___ IES) RE ___ (ET JUDGEMENT CREDITOR) THE SAID SIGNATURE PLAINTIFFS OF PREMOTIONS $ 1994 + 1 Day V.S.

B people ___ USC ___ [UNITED STATES] Z VS Z/ Als NORTHERN USC FEDERAL DISTRICT COURT FOR SAN FRANCISCO CALIFORNIA, CITY & COUNTY STATE, STATE BAR JUDICIAL JURISDICTION DISTRICTS CHIEF MAGNISTRATE Theldon E Henderson (CALIFORNIA) RESPONDENTS, DETAINEES Als

P 29. Supp Supp FED 19.6-5.4 Z Z STATS Z Z 682 Sct. 1828 PREMOTION NDC 2826 ORDER 2828 2626 27 2828 GRANTED By CHIEF ___ EXPARTE ___ UN SEC COURT ___ BALTIC LORD CALIFORNIA A VS 1998 24161 1820 5 Als [WISCONSIN WAG[ES] EXPARTE MOTION GRANTING NEW SPECIAL MASTERS ORDERS WELL FLO[W] CIVIL LAW SUIT PREMOTIONS $ 1,994 + 1 Day A VS Z DEMOTIONS declaNATIONS ORDERS 29 (WISCONSIN ___ OWES MONEYS IN 10 DAYS WRIT TO PREMOTE A VS Z THUR 1999 Als IT IS SO ORDERED By A EX 2005 24161 1820 5 68 CHIEF ___ LORD ___ SEALED ___ DATE ___ TIME ___

2007-2008 VERIFIED JUDICIAL EIN COURTS DEMOTIONS

please make Notice on This day 19TH of The month of November in The USC Z 2007 COURT Z A VS Z year 2007/08 MOTION TO STRICK SUA SPONATE EXPARTE comes on in COURT 21 - department 26 Room 29 in city San Francisco of San Francisco County of P29-6-5.4 Z STATE OF CALIFORNIA zip code 94103 VS 94102 A TA Z Z VS Z VERMONT Z VS Z WISCONSIN Z [illegible]

DATE TIME COURT ROOM DEPARTMENT HIGHER COURT The LORDS JUSTICES

A EXPARTE MOTION GRANTING Modifications 2007-2010

(SB) 12 1299

EXPARTE (2) P2ND FED 28.18 2ND] THE DATE 12-24-2007
THE TIME 9:56 pm ENTRIES

SONG NAME [ I WANT ]

1618 Z 1618

[P1ST CHOIR] ALL I WANT IS (YOU BABE) NOW ITS (NO SURPRIZE) IVE BEEN WAITING AND MY HEARTS BROKE ALL I WANT IS A HOME (BABE) ALL I NEED IS

[P2ND CHOIRS] 1618 Z 1619
YOU) AND MY FRIENDS NOW, (BECAUSE) LIFES TO SHORT TO BE CHANGEING ANYTHING (NOW) DO YOU WANT A BIT OF ADVICE TELL ME (YEA)

[P3RD CHOIRS] 1619 Z 1621
OKAY, ALL I WANT, IS LOVE AND YOU WHATS YOUR MISFORTUNE) COULD YOU COME OVER HERE AND HUGG ME AND JUST GIVE ME ALITTLE (LOVININ)

[P4TH CHOIRS] 1621 Z 1622
I KNOW PEOPLE COME FROM ALL AROUND "EA" TO HEAR) THE WORDS OF SOLOMON AND DAVID AND TO HEAR THE 3RD WOE ITS COMEING ONE OF THESES DAYS

[P5TH CHOIRS] 1622 Z 1623
I KNOW BECAUSE IM (SO LAZY) AND IVE BEEN PRAYINING, (AND) I WANT YOU TO KNOW, HEAR THE WORDS I SAY, IM TIRED OF WAITING FOR LOVE), IM DOWN ON

[P6TH CHOIRS] KNEE'S 1626 Z 1627
COULD YOU TALK TO ME, (BABY) I CAN'T WAIT ANOTHER DAY ANOTHER MINUTE (IM SO) UPSET TODAY HONEY COULD YOU JUST FOR THE DAY SAY TO ME,

2007 THE DECLARANT [signature] ET CHS INITIONALED THE EXPARTE SIGNED A SIGNATURE AS SONG 355. WRITER ETS

1ST [ CONTINUED ]

(2007-2010) CHS See ATTACHED ORIGINAL DOCUMENTS

PAGE NO.(1) Reciept DATE ___ TIME ___ ( ) MINUTES ___
CLERK ___ ADMINISTRATOR ___ RECORDER
SIGNATURES ___ SIGNATURE
SIGNATURE ___ DATE ___ TIME
ASSESOR ___ RECORDER ___ DATE ___ TIME ___

IN PROPER
Edgar LEE WARREN
UTILITIES IN COMFORMATIONS 4141 [Req]
Address 1145 W 2Nd STREET #3
CHICO CALIFORNIA 95926 [1431.1469]
ZIP CODE 95926 [RE 1431.1469]

CVF 28UN 1828 Z 2818 1928

ORDER FOR COURTS SPEEDY TRIALS DEFAULTS

EXPARTE IN RE SUA EXCELL SPONATE
EIN NO. ___ SOC. SEC. ___ ETS
EX A EXPARTE NAME ELW / INITIONAL
ATTORNEY CLMT, Edgar LEE WARREN (PLTF)
PETITIONER ___ ET.
☐ PRIVATE ATTORNEY ___ EIN NO.
☐ PUBLIC USCA DEFENDER ___ ETS
STATE BAR EIN NO. ___ NDC ___
CALIFORNIA ___ USES ___ FEES ___ PERMIT NO.
Higher PRIVATE [SEALED COURT COUNSELS]
It IS SO ORDERED ___ UNDER ___ SEAL
COURT NAME ___ P ___ TH ___ USC☐ ___ DIST.
JUSTICE ___ APPLT ___ NDC ___ CIR ___ MAG.
Supreme ___ Supra ___ Judge ___ clerk ___

EXPARTE PROTECTIONS COURTS SPECIAL ORDER ___ SEALED ___ ON ___ Findings ___ OF ___ THE ___ INFORMATION() ___ USC ___ Lead ___ grand ___ USC☐ ___ V ___ Justice ___ EXPARTE ___ ORDER ___ MAGNISTRATE ___ EX PARTE ___ ORDER ___ MAG. ___ CIRCUIT ___ NDC ___ ORDER ___ MAG ___ DISTRICT ___ NDC ___ ORDER ___ APPLT ___ Judge ___ ORDER ___ VENUE ___ Judge ___ ORDER ___ SEALED ___ DATE ___ TIME ___ ORDERED ___ HOUR ___ MINUTES

SS,} IN THE MATTERS OF A VS B Cal NDC Z Appeals

THE UNITED STATES U.S. SAN FRANCISCO CALIFORNIA U.S. COURTS OF ADMISSIONS TO BAR ENTRY SUBMISSIONS ELECTRONIC SPECIAL VIA SATELLITES CIVIL COURTS MASTERS
[2007-2014] LIMITED ENTRYS EXPARTE 7996 [1997. 1998. 1999. 2992]
(2007-2008) SHORT TITLE NAME UNC(WARREN) VS UTAH [2007-2008] CITATION [Judicial Notices] NUMBER.
It IS SO EX-ORDERED SUA SPONATE VS WISCO(STA) [2007-2008] CASE NUMBER [ ]
IN PROPER ☒ ET VS WISCONSIN (USCA) Chief JUSTICES

☒ Edgar LEE WARREN THE ☒ ETS AS THE ☒ ET LEAD PLAINTIFF, CLAIMANT SEEKING CLAIMS ON CIVILIAN CLAIMANT DECLARANT COUNSELS EXPARTE 18191099919 ORDER 21541 1541 BALTIC 21541 1541-21122093 JOINERS SPECIAL NON-CONFLICT ATTORNEYS MASTERS SELF PRESERVATIONS CURATOR; ETS NY ISLE The ELIES, ELLIS, ELSINIORS EIN NO. ___ ET
☒ EX SEALED ___ AFFIDAVITS ___ ORDERS TO SHOW CAUSE
V.S. PETITIONER ___ JUDGEMENTATIONS CREDITORS ETC
☒ People USC Judges [UNITED STATES] Federal Local 39. [3-12-3-35]
Thur California Jurys ___ VS ___ UNITED STATES ORDERS
UTAH ☒ UNITED STATE SAN FRANCISCO COURTS OF
WISCONSIN Appeals ☒☐ CALIFORNIA US SUPREMES
☒ JUSTICE RONALD A GEORGE EXPARTE
☒ JUSTICE ___ Talc
☒ JUSTICE

CV ___
CR ___
CRIM ___
(2007-2011) CVF 49,94 UN SEC. RES NO. 18182811
CAMP DAVID A VS Z [OPEC], Geneva G 18
(2007-2008) TAX COURTS COSTS SUA SPONATE
TITLE 28 USC☒ 1999 (USC ___ CVF 1992.1993
P28TH USCA NDC COURTS OF APPEALS
ADMIRERAL NDC [ALR 2992-2998] 3687
2ND CAUSES OF CROSS-COMPLAINTS ACTIONS
GENERAL Negiligences CRF 37, 1538.49.48
☒ MOTION FOR Higher USCA ___ VS ___ USC ALL
☒ COURTS TRIAL CIVIL ___ VS ___ CRIMINALS
☒ COURTS SPEEDY TRIAL COUNSELS BY ARTICLES, STATUES, TITLES, REGULATIONS
It IS SO ORDERED GRANTED BY ___

SS,} please MAKE COURT NOTICE 1541 OF SETTING ___ DATE
☒ CIVIL ET LAW SUIT MATTER (A) ET MOTION 1469(1541) TIME
COMES ON BEFOR THIS COURT ON DAY ___ OF COURT
THE MONTH ___ IN THE SAID YEAR 2007 (ad) DEPT.
ON OR ABOUT TIME 831 AM HOUR 831 AM MINUTES 831 AM ROOM NO.
IN COURT 19 DEPARTMENT 21 ROOM NUMBER 28 EXPARTE JUSTICE MAG ___ VS ___ Judge

(SB) 12 | 299 2007-2008 MOTION FOR SPEEDY TRIAL NON CONFLICTINGS LEGAL USCA COURTS COUNSELS

put ONE copy OF papers pages 2, 3, 4 ATTAched Here

→ To [This document] page 1.

NOTICE Befor you put you ORIGINAL signatures ON pages 2, 3, 4 ATTAched Here

EACh Document should Have [4 pages ToTAL]

1 SET PER MOTION — 13 To 15 DAys Ahead OF The DATe Today

1 SeT PER WRIT — 5 To 8 DAys Ahead OF DATe Today + Time

1 SeT PER COMPLAINT — 13 To 35 DAys AHEAd OF The CURRENT DATe + Time

2007 [MAKE photo copies] Thur 2010 (ad) FIRST Befor you SIGN EACh PACkeT

[2007-2010] Edgar LEE WARREN [do EACH STep] MARKed Above, place 1 cover Then make 3 copies For per Each Top sheeT

[Top Sheet] → [ABSTRACT WITH PLAINTIFF TITLES] See Top LeFT CORNER OF EAch paper page(s)

ABSTRACT WITH [ ] INITIONALED EXPARTE DATE TIME [

[A] PLAINTIFF TITLES — CVF. 19. STATS 28 USC 1992 [239.688.758.898 19] JUDGEMENT CREDITOR — ENTRE

INITIONALED — (2007-2008 RE

ASSESSOR — SIGNATURE
RECORDER — NDC — SIGNATUR
ADMINISTRATOR — NDC — SIGNATUR
CLERK — COURT — NAME
SIGNATUR — VS — COURT
MAGNISTRATE — NDC — SIGNATUR

INDENTIFFICATION
PMB — VS — PBM — NO. —
IDENT. — CNR. —
CRN — INMATE NO. —

UNITED STATES NORTHERN DISTRICT COURT FOR U.S.C. SAN FRANCISCO DIST.

[2007] EXPARTE 1918182812119 A VS B NDC REDC SDC [UNITED STATES] ALS

[2007-2008] SHORT EXPARTE TITLE [ ] — VS — [UNDER SEALS SEALED]

— INITIONALED NAME — V.S. — [NORTHERN USC UNITED STATES]

IN PROPER

[2007-2008] CHP ☐ ☐ POLICE CITATION ☐ USC — COUNTY SHERIFF CITATION NO.

[A] Edgar Lee Warren [EXPARTE UNDER SEAL] V.S. PLAINTIFF()

DATE — TIME — CITY — ZIP CODE

[B] Butte County Jail ET, VS AL() V.S. DEFENDANT()

[C] Doctors and medical staff and clic Law library here Butte County Jail AL() Rem Re Appellee'()

[D] Quaisi Rem Re Appellees AL(S)

IT IS SO ORDERED GRANTED BY 2007 HIGHER COURT LORD EXPARTE 2008

[2007-2011] EXPARTE ORDER FOR ADMISSIONS ENTRIES TO NORTHERN [NDC] DISTRICTS CIVIL LAW SUEINGS (NDC) CIVIL EXPARTE ORDER GRANTING CIVIL ☐ ☐ CRIMINAL COURTS LEGAL APPOINMENT TO COURTS COUNSEL WITHIN 60 TRIAL COURT CALENDAR DAYS CVF 19, 28 [1384 FOR INMATE [EDGAR LEE WARREN] EXPARTE UNDER ☐ PRIVACIES (NDC) FEDERAL CIVIL COURT SEAL(S)

SS; EXPARTE APPOINTMENT TO APPROIVIEMENTATIONS CIVIL TRIALS APPOINTMENT TO COUNSEL [SET AT CIVIL NDC ISSUE]

IT IS SO ORDERED GRANTED BY EXPARTE CHIEF SIGNATUR

PLEASE MAKE ☐ CIVIL NDC COURT NOTICES ON DATE — RE — IN THY — VS — THE CITY OF — IN THE TIME — TRIAL COURT OF — FLOOR — IN HOUR — THE SAID DAY OF — THE MONTH OF — MINUTES — IN THE YEAR — (AD) OF ☐ CRIMINAL (NDC) COURT — VS — [ COURTROOM — JUDGE — VS — HENDERSON DEPARTMENT — DEPARTMENT — FLOOR — COURT — NDC DIST. APPEAL DEPT. — SAN FRANCISCO CALIFORNIA ZIP CODE — (1828-1832) EXPARTE PLACE — ROOM — VS — BURGER —

IT IS SO ORDERED GRANTED BY CHIEF VS. JUDGE — VS — SEALED COURT NAMED [UNDER SEALS]

☐ MAGNISTRATE — ASSIGNED — CHIEF MAG. VS. MAG — VS — MAG — VS — CIR —

MODIFICATION ☐ COURT SIGNATUR — VS — REVIEW —

COURT DATE — TIME — HOUR —

MINUTES

2007 APPLICANT FOR NDC APPOINTMENT TO LEGAL COUNSEL(S) 2008

2007-2008 COPIES SERVED TO PARTIES

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit

### INMATE REQUEST FORM

**INMATE'S NAME:** (Last/First) WARREN Edgar **IID #:** 137286 **HOUSING:** B-66 **DATE:** may 30-08

**REQUEST:**

- [ ] INFORMATION*
- [x] GRIEVANCE FORM To captaIN
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

To captaIN IN Butte county Jail This INmate REust Form To You about your Sergeant BROWNField want stop doing what He doing not let my mail go out and He Did The same To my Legal mail To The courts and The Federal court mail To however sergeant BROWNField take The stamp OFF The Letters that I WARREN send To my Family and He -2- OF her Letter back To me and He Did The same To my Federal mail and Than Sergeant BROWNField Stop To OF my attorNey visit and my attorNey Jesus RodRiguez at Phone number (530) 342-2044 # and You can call him and ask him about This He said He wait over

**INMATE'S SIGNATURE:** Edgar Lee WARREN

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** DM

**RESPONSE:**

-30-AR-40-MINute and your sergeant was here that day FOR-B-Pod and going To let The Federal Judge know what was Did To The Federal mail I send him Thank you FOR your time

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

To captain

08-[illegible]2

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit

## INMATE GRIEVANCE FORM

#

**INMATE'S NAME: (Last/First)** Warren, Edgar **ID #:** 137286 **HOUSING:** B66 **DATE/TIME:** 6/01/08 6 0700

**DESCRIBE AND REFERENCE ALLEGED VIOLATION:** **DATE/TIME OF INCIDENT:**

To captain in Butte County Jail This inmate Request Form To you about your Sergeant Brownfield want stop [illegible] what He doing not let my mail go out and He [illegible] the same To my Legal mail To the court and the Federal court mail To however sergeant Brownfield take the stamp off the Letters that I Warren send To my Family and -2- of her Letter back To me and He [illegible] same To my Federal mail and He did The Brownfield stop [illegible] of my attorney visit and my attorney Jesus Rodriguez at Phone number (530) 342-2044 and you can call him and ask him about this He said He wait over -30- [illegible]-40- minute and your Sergeant was here that day For [illegible] can going To tell the Federal Judge Know [illegible] the Federal [illegible] send him

**INMATE'S SIGNATURE:** [illegible signature]

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible] **DATE/TIME:** [illegible]

**RECEIVED BY: TEAM SERGEANT'S INITIALS:** **DATE/TIME:**

**PROPOSED RESOLUTION:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**DATE/TIME:**

**LIEUTENANT'S RESPONSE:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**LIEUTENANT'S INITIALS:** **DATE/TIME OF HEARING:**

**JAIL COMMANDER'S RESPONSE:**

**JAIL COMMANDER'S INITIALS:** **DATE/TIME OF REVIEW:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt J-117 7/00

[illegible]

**BUTTE COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**

08-0303

EXHIBIT

**INMATE GRIEVANCE FORM** #

**INMATE'S NAME: (Last/First)** [illegible], EDGAR **ID #:** 137286 **HOUSING:** 366 **DATE/TIME:** 6/1/08 @ 1700

**DESCRIBE AND REFERENCE ALLEGED VIOLATION:** **DATE/TIME OF INCIDENT:**

[illegible] BRENDA [illegible] MAY [illegible]
BEK [illegible] BACK TO BRENDA SU[illegible]
[illegible] BUTTE COUNTY [illegible] LATER
[illegible] BACK TO [illegible] BUTTE COUNTY JAIL SEND THE
[illegible] MISS BRENDA
[illegible] ON MAY 30-2008 #
SERGEANT [illegible] BRENDA SUE BECK
[illegible] BACK [illegible] FOR BUTTE COUNTY JAIL SHOULD NOT
VIOLATE [illegible] BUTTE COUNTY JAIL
SERGEANT [illegible] BUTTE COUNTY JAIL [illegible] MAIL [illegible] THEN
[illegible] MAIL [illegible] TAKE THE
SUE BECK [illegible] TO MISS BRENDA

**INMATE'S SIGNATURE:** Edgar [illegible]

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible] **DATE/TIME:** [illegible] / 2110

**RECEIVED BY: TEAM SERGEANT'S INITIALS:** **DATE/TIME:**

**PROPOSED RESOLUTION:**

**GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**DATE/TIME:**

**LIEUTENANT'S RESPONSE:**

**GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**LIEUTENANT'S INITIALS:** **DATE/TIME OF HEARING:**

**JAIL COMMANDER'S RESPONSE:**

**JAIL COMMANDER'S INITIALS:** **DATE/TIME OF REVIEW:**

**GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt J-117 7/00

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM

EXhibit

INMATE'S NAME: (Last/First) WARREN Edgar IID #: 137286 HOUSING: B-66 DATE: May 30-08

REQUEST:

- [ ] INFORMATION*
- [x] GRIEVANCE FORM To captain
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

INFORMATION:
WARRON is give little Food and The INmate's here To go there FOR WARREN and The INmates here is asking FOR more Food here at Butte county Jail and so ON and so ON Thank you FOR your time

INMATE'S SIGNATURE: Edgar Lee Warren

RECEIVED BY: HOUSING OFFICER'S INITIALS: [illegible]

RESPONSE:

OFFICER'S NAME:

RECEIVED BY: INMATE'S SIGNATURE:

DISTRIBUTION: White-Inmate File, Pink-Inmate

J-111 7/99

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit

### INMATE REQUEST FORM

| INMATE'S NAME: (Last/First) WARREN Edgar | IID #: 137286 | HOUSING: B-66 | DATE: MAY 30-08 |
|---|---|---|---|

**REQUEST:**

- [ ] INFORMATION*
- [x] GRIEVANCE FORM To captaIN
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

WARREN and The INMates here in-B-Pod have not had bLaNKet of cLaeN in-6-month so there FOR WARREN is asking FOR bLaNKet of cLaeN and The INMate's here Is asking FOR The same here at Butte county Jail.

Thank You FOR YOUR time and so ON

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible]

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

08.0501

To Captain

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHIBIT

## INMATE GRIEVANCE FORM

#

**INMATE'S NAME: (Last/First)** [illegible] Edgar **ID #:** 137286 **HOUSING:** B66 **DATE/TIME:** 6/1/08 @ 0700

**DESCRIBE AND REFERENCE ALLEGED VIOLATION:** **DATE/TIME OF INCIDENT:**

[illegible] is asking [illegible] Butte County Jail [illegible] inmate [illegible] blanket of clean [illegible] for blanket of clean [illegible] Inmate [illegible] at Butte County [illegible]

**INMATE'S SIGNATURE:** [illegible]

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible] **DATE/TIME:** [illegible]

**RECEIVED BY: TEAM SERGEANT'S INITIALS:** **DATE/TIME:**

**PROPOSED RESOLUTION:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**DATE/TIME:**

**LIEUTENANT'S RESPONSE:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

**LIEUTENANT'S INITIALS:** **DATE/TIME OF HEARING:**

**JAIL COMMANDER'S RESPONSE:**

**JAIL COMMANDER'S INITIALS:** **DATE/TIME OF REVIEW:**

**GRIEVANCE HAS** ☐ **HAS NOT** ☐ **BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:**

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt J-117 7/00

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit-E-

## INMATE REQUEST FORM

| INMATE'S NAME: (Last/First) | IID #: | HOUSING: | DATE: |
|---|---|---|---|
| Edgar Lee WaRREN | 137286 | B-66 | May 31-08 |

**REQUEST:**

- [ ] INFORMATION*
- [ ] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [x] OTHER* To CliC

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

Edgar Lee WaRReN is send This complaint To clic however WaRReN have put his name on The Form over and over To go To The clic Law library For over-30-day now and that For Legal work and Legal copy's and when WaRReN do come over there WaRReN Is give copy's that You can not see and when WaRReN ask For some Legal Form Then WaRReN is not give The Right Forms and so on and so on Thank You For Your time

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible]

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit-L-

## INMATE REQUEST FORM

INMATE'S NAME: (Last/First) Edgar Lee WARREN IID #: 137286 HOUSING: B-66 DATE: MAY 31-2008

REQUEST:

- [ ] INFORMATION*
- [X] GRIEVANCE FORM To captaiN
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

INFORMATION:

Edgar Lee WARREN went The court may 20-2008# got To see his cousIN BRENDA SUE BECK and she went To court The same day WARREN went To The same court however miss. BRENDA SUE BECK send Edgar Lee WARREN A Letter may 20-2008# WARREN got The Letter FROM BRENDA ON may 22-2008# Then WARREN had A Letter send back To BRENDA SUE BECK ON may 22-2008# be FoR WARREN got that Letter The same day so however Butte county Jail send The Letter back To WARREN that Letter WARREN send miss. BRENDA may 22-2008# WARREN got The Letter ON MAY 30-2008# because The mail WARREN send BRENDA SUE BECK sergeant BROWNFieLd and Butte county Jail should not been send back

INMATE'S SIGNATURE: Edgar Lee Warren

~~RECEIVED BY: HOUSING OFFICER'S INITIALS:~~

~~RESPONSE:~~

To WARREN there FOR Butte county Jail Violated Federal Law of The united states mail and Then sergeant BROWNField and Butte county Jail take The stamps of The mail that WARREN send To miss. BRENDA SUE BECK and so ON and so ON Thank You FoR YouR time

~~OFFICER'S NAME:~~

RECEIVED BY: INMATE'S SIGNATURE:

DISTRIBUTION: White-Inmate File, Pink-Inmate J-111 7/99

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION

EXHibit -G-

## INMATE REQUEST FORM

**INMATE'S NAME: (Last/First)** Edgar Lee WarreN **IID #:** 137286 **HOUSING:** B-66 **DATE:** may 31-08

**REQUEST:**

- [ ] INFORMATION*
- [ ] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [X] OTHER* Top medical staFF and Doctors

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

Edgar Lee WarreN have been asking FOR The Right medical sassistance FROM The DOCTORS and medical staFF here at Butte county Jail and they will not give mR. WarreN The Right medical sassistance FOR The StaFF INFEction that WarreN have now at all To time WarreN been here however WarreN ask The Law OFFices mR. DANe cameRON and miss Stephanz Femino and The court COUNSEL mR. JESUS Rodriuez and WarreN told The Judge in state court however WarreN had ask all Them FOR help and ANY thing have not been Did about it so there FOR WarreN is asking FOR medical assistance FROM The Doctors now here at Butte county Jail FOR This staFF INFEction that WarreN got here in Butte county Jail. and so ON and so ON Thank You FOR YOUR time

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** [illegible]

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

DISTRIBUTION: White-Inmate File, Pink-Inmate

J-111 7/99





MARYSVILLE CA 959

21 MAY 2008 PM 2

USA 41

BUTTE COUNTY JAIL INMATE

Blld

EXHibit-A-

95965+3334

EXHibit-1

Dear Cus,

I am sorry it took me so long to write you back but I was just keeping off of these [illegible] to [illegible] busy trips to be sentenced so that I can go on with my life. Well anyhow I got sentenced to three years. I'm not so happy. I was sort of looking for them to give me the mid term. But I'm not surprised because Butte County do what they want to do so, at the same time I was expecting the upper term. Anyhow I'm glad its over. I will be okay because I got like 170 days credit. I figure by the time I reach prison I'll have about 200 credits so I'm thinking I'll do about no more then 13 or 14 mos. I'll be able to handle it.

Well enough of me, what is going on with you? I heard you told me you're going to Napa State Hospital. How long you got to be there? I hope not to long. Besure to write me back to let me know. I also want you to send me the address to Napa State so that I can write you. So, [illegible] you send address I should be [illegible] at least 3 weeks [illegible] [illegible] [illegible] the same I got

Over →

P.S. Do you Pursue Think you are going To Be Alright in that place? Let me know!

your address before [illegible] already
[illegible] it before I got to prison. If you give me
your address before you leave [illegible] then I
can write you as soon as I reach prison
so I can [illegible] CD C#
& whatever else. Dont worry I will keep in
touch. I really dont like this County Jail
shit at all so thats why I dont like to write
letters up in here. Well, anyway Cus
take care of yourself and Always keep
ya head up High :) because
forsure we Are Somebody :).

Remember your Cus Loves you
very much so no matter
what please besure to keep in touch

P.S. oh yeah. Dont even worry about
me getting out messing with that shit
Because Im Done And Dont worry
I Always read the Bible & pray
every day so you will be in
my prayers okay :).

Love Always
your Cousin
Big B

P.S. Hurry up and Rush that Address so I'll have
Before I leave to Prison



Edgar Lee Warren
35 County Center DR.
Oroville, CA 95965

Blue

EXHibit -3-

May 30 - 2008 - When Warren got This mail

USA 41

COUNTY JAIL INMATE

Miss Brenda Sue Beck
35 County Center DR.
Oroville, CA 95965

NIC

95965+3334

EXHibit -4-

EdgaR Lee WARREN
35 COUNty CeNteR DR.
oRoville, ca 95965

DAte 5-22-08

NaPA State Hospital
2100 NAPA VallEJo HWY
NAPA, caliFoRNia 94558

Dear cousin BRENDA When you get Where you going Don't FoR get To WRite me and I send you about -3- Letter Did you get Them if so Why have you have not Write me back Well ANY WaY I send my Love To you cousIN and may The Lord God be with you all way and I'am put The Address Where going To be When they send me ok Love You all way YOUR cousin

O.G. Edgar Lee Warren



Edgar Lee Warren
25 County Center Dr.
MARYSVILLE CA 959
29 MAY 2008 PM 1 L
BUTTE COUNTY JAIL INMATE
A SUE BECK
EXHibit-3-
MR. Edgar Lee WARREN
This Letter back May 29-2008

# Butte County Jail
## Booking Report with Photo

07/23/2007

EXHIBIT

**Facility:** BUTTE COUNTY JAIL **Unit:** BKG

**Inmate Name:** WARREN, EDGAR LEE
**Alias:** No Known Alias

**ID:** 137286
**FBI ID:**
**SID:**
**SSN:**

**Address:** 1535 W. 58TH PC
LOS ANGELES, California 90047
USA

| | | | |
|---|---|---|---|
| **Phone:** | Unknown | **Gender:** | MALE |
| **DOB:** | 01/14/1957 | **Ethnicity:** | AMERICAN (US) |
| **Age:** | 50 | **Height:** | 5' 10" |
| **DL No.** | C1241382 | **Weight:** | 200 |
| **Birth Location:** | California | **Right Eye Color:** | BROWN |
| **Status:** | PRE-SENTENCED | **Left Eye Color:** | BROWN |
| **Custody Status:** | PF | **Hair Color:** | BALD |
| **Occupation:** | Unknown | **Handedness:** | LEFT HANDED |
| **Employer:** | Unknown | | |

| | | | |
|---|---|---|---|
| **Booking No.** | 07204021 | **Security Class:** | Preclassified |
| **Officer:** | Unknown | | |
| **Date:** | 07/23/2007 | | |

| | | | |
|---|---|---|---|
| **Arrest Date:** | 07/23/2007 14:00 | **Occurrence Date:** | 07/23/2007 00:00 |
| **Arrest Officer:** | GSELL | **Location:** | MUIR@ W. SAC. AVE |
| **Role:** | ARRESTING OFFICER | | |
| **Agency:** | BCSO | | |
| **Division:** | Unknown | | |

| Case Number | Charge Number | Charge Description |
|---|---|---|
| BCSO#C07-14534 | PC 487 | GRAND THEFT 10,000 — |

Edgar Lee WARREN
35 COUNTY CENTER DR.
OROVILLE, CA 95965

Napa State Hospital
2100 Napa-Vallejo Highway
Napa, CA 94558-6293.
Public (707)253-5000
TDD (707)253-5768
Fax (707)253-5513

Edgar Lee WARREN, Phone number (530)895-0186 (530)518-8916
Address 114 W. 2Nd STREET #3
CITY CHICO COUNTY OF BUTTE
STATE OF CALIFORNIA
ZIP code 95926

Edgar Lee WARREN is Wait To go To Napa State Hospital and This is FOR Where The Federal COURT Know Where WARREN is at and When WARREN get out WARREN Put his Family Address ON here To Where WARREN Will be time To time and The Phone number IS there To and so ON and so ON.