Edgar Lee Warren
Inmate ID: 137286
35 County Center Dr.
Oroville, Ca 95965

FILED
08 JUN -9 PM 1:34
[illegible stamp] U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Edgar Lee Warren
    Plaintiff,

vs.

Butte County Jail,
Doctors and medical
Staff and clic Law
library here Butte county Jail) Defendant.

CASE NO. CV 08 2861 (PR) MHP

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

E-filing

    I, Edgar Lee Warren, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A      Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  KNOW WORK BUT been ON SSI about
5  all his life.
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or          Yes ___ No _X_
10           self employment
11      b.   Income from stocks, bonds,       Yes ___ No _X_
12           or royalties?
13      c.   Rent payments?                   Yes ___ No _X_
14      d.   Pensions, annuities, or          Yes ___ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No _X_
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  NONE
22  _____
23  3.     Are you married?                   Yes ___ No _X_
24  Spouse's Full Name: Mr. WARREN was married not any more
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ NONE             Net $ _____
28  4.     a.    List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _Sex have -2- daughter or Them_
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No _X_ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _NONe_
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _NONe_
21 8.    What are your monthly expenses?
22 Rent: $_____ Utilities: _____
23 Food: $_____ Clothing: _____
24 Charge Accounts:
25 Name of Account    Monthly Payment    Total Owed on This Acct.
26 _NONe_    $_____    $_____
27 _____    $_____    $_____
28 _____    $_____    $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  not that WaRReN KNow But WaRReN been
4  ON SSI
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  mR Edgar Lee WaRReN Don't KNow But his attoRNey
10 Know mR. FRdeRick A. mcNeill and Butte County Jail wont let
    WaRReN get any Phone call through to him ARe moRL
11   I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13   I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  may 29-2008              Edgare Lee WaRReN
17       DATE                   SIGNATURE OF APPLICANT
18 mR. FRdeRick A. mcNeIll
19 attoRNey at Law
20 Phone number (310) 497-2124
21 2011 ARlington AV
22 Los ANgeLes, ca 90018
23
24
25
26
27
28

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Edgar Lee Warren_ for the last six months
[prisoner name]
_Butte County Jail_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __55 &__ .

Dated: _may 29-2008_
_____
[Authorized officer of the institution]

Edgar Lee Warren had know money on the books in six months here in Butte county Jail But 55 & * on the Books and Authorized officer of the institution here at Butte County Jail will not Put they signature on the Form however see Form Warren see in that see how much money Warren had on the books

may 29-2008

- 5 -