C08-2861 MHP

Page 1

Page 1-and-2-over

Edgar Lee WARREN
35 County Center. Dr.
Oroville, Ca 95965

June 8-2008#

OFFICE OF The CLERK, U.S.
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, California
94102

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Judge, however Edgar Lee Warren Attach to Complaint under the Civil Rights Act, Title 42 U.S.C. §1983# on issues when Edgar Lee Warren look into from July 23-2007# up May 2008# on the Notery Legal mail. Send out Notery Legal mail that day Butte County Jail had a Woman officer do Warren Noter Legal mail that Butte County Jail said at that time that Woman officer is the Notery however Warren was looked at that Woman officer why the Woman officer was Read Edgar Lee Warren Notery Legal mail Some of it Page by Page and the Woman that do Notery she was there To But Butte County Jail Did not let her do it Then Edgar Lee Warren Was not give a Receipt by the Notery For Warren Notery Legal mail so there For Butte County Jail and captain here is Legal Rehabilitate For all The Butte County Jail there For Violated Federal Law of Edgar Lee Warren Rights however Butte County Jail do not want Warren send any more Legal mail to Northern District California on all issues

that was however The store officer For that day Did not give Edgar Lee WARREN The -2- & -stamp With The stamp ENbeLope and Then WARREN ask The stare officer about it and He would not give WARREN The -2- & -stamp FOR stamp ENbeLope however WARREN know what going on Butte county Jail Don't want WARREN send ANY Legal mail out To The NORTHERN District Federal court Are ANY attorney see EXHibit-I- EXHibit-1- EXHibit-2- EXHibit-3- and see all The EXHibit's and Butte county Jail know WARREN Don't have ANY money and Butte county Jail Don't let WARREN get ANY visit here at Butte county Jail see all EXHibit in The complaints and so on Sergeant Cooley here at Butte county Jail have his officer's to do his DIRty WORK on Edgar Lee WARREN and that about The -2- stamp The store officer would not give To WARREN and He have his officers do The same DIRty WORK when it come To WARREN Legal mail and WARREN mail and Sergeant BROWNField do This same issues To WARREN and This -2- Sergeant think by Them doing things This way it can not back on Them however some of This officer's Don't want to do The things The sergeant Cooley and sergeant BROWNField have Them do and iF officer's Don't do on Legal things like what they doing To WARREN The officer's want have A Jab and that on The visit To and so on.

EXHIBIT - I



# BUTTE COUNTY JAIL
## INMATE MEMORANDUM

TO: Warren, Edgar – IID # 137286

FROM: PRubalcava, Correctional OIC

SUBJECT: Grievance # 08-0527

DATE: 6/6/08

**B66**

I have received your grievance dated 6/5/08. In order to conduct a complete investigation of your claim it is necessary to speak with the officer(s) you reference. The officer(s) named in your grievance are currently off duty and this will cause a delay in answering your grievance. You will receive a response to your grievance as quickly as possible following the completion of our investigation by Sgt. Meyer.

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM    EXHibit-1-1

| INMATE'S NAME: (Last/First) Edgar Lee Warren | IID #: 137280 | HOUSING: | DATE: June-5-08 |
|---|---|---|---|

**REQUEST:**

- [ ] INFORMATION*
- [X] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**

The store Officer on the Date-5-2008# Did not give Edgar Lee Warren The -2-¢ stamp with the stamp Envelope and then Warren ask the store officer about it and He would not give Warren The -2-¢- stamp For Stamp Envelope and so on and so on Thank you For your time

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** J4S

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

DISTRIBUTION: White-Inmate File, Pink-Inmate                                J-111 7/99

**BUTTE COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE FORM**

08-0527
EXHibit 2

| | | | |
|---|---|---|---|
| INMATE'S NAME: (Last/First) WARREN, EDGAR | ID #: 137286 | HOUSING: B66 | DATE/TIME: 6/5/08 @ 1520 |

**DESCRIBE AND REFERENCE ALLEGED VIOLATION:**   DATE/TIME OF INCIDENT:

The Store Officer on The DAte June 5-2008 # Did not give Edgar Lee Warren The -2- ¢ stamp with The stamp Envelope and Then Warren ask The Store Officer about it and He would not give Warren The -2-¢ stamp For stamp Envelope and so on and so on Thank you For your time

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** GG   **DATE/TIME:** 06 05 08

**RECEIVED BY: TEAM SERGEANT'S INITIALS:**   **DATE/TIME:**

**PROPOSED RESOLUTION:**

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:
DATE/TIME:

**LIEUTENANT'S RESPONSE:**

GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:
LIEUTENANT'S INITIALS:   DATE/TIME OF HEARING:

**JAIL COMMANDER'S RESPONSE:**

JAIL COMMANDER'S INITIALS:   DATE/TIME OF REVIEW:
GRIEVANCE HAS ☐ HAS NOT ☐ BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt   J-117 7/00

# BUTTE COUNTY SHERIFF'S OFFICE
## CORRECTIONS DIVISION
### INMATE REQUEST FORM

Exhibit 3-

**INMATE'S NAME:** (Last/First) Edgar Lee Warren  **IID #:** 137286  **HOUSING:** B-66  **DATE:** June 5-08

**REQUEST:**
- [ ] INFORMATION*
- [x] GRIEVANCE FORM
- [ ] WRIT OF HABES CORPUS
- [ ] RELEASE DATE
- [ ] SHERIFF'S PAROLE APPLICATION
- [ ] ELECTRONIC SURVEILLANCE PROGRAM
- [ ] WORK/SCHOOL FURLOUGH
- [ ] SHERIFF'S WORK ALTERNATIVE PROGRAM
- [ ] HOLDS/WARRANTS
- [ ] 1381 PC FORM
- [ ] UNSCHEDULED TELEPHONE USE*
- [ ] INMATE ACCOUNT BALANCE
- [ ] COURT DATE
- [ ] PASS*
- [ ] OTHER*

*DESCRIBE IN INFORMATION SECTION

**INFORMATION:**
Warren this complaint the store officer's for Butty County Jail on this date June 5-2008# The ones was in-B-Pod and you do know what officers that was however the store officer for that day did not give Edgar Lee Warren the -2-&- stamp with the stamp envelope and then Warren ask the store officer about it and he would not give Warren the -2-&-stamp for stamp envelope however Warren know whats going on Butte County Jail Dont want Warren send any Legal mail out to the Northern District Federal Court are any attorney ~~RRe~~ to my Brenda Sue Beck and so on and so on

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:**

**RESPONSE:**

**OFFICER'S NAME:**

**RECEIVED BY: INMATE'S SIGNATURE:**

DISTRIBUTION: White-Inmate File, Pink-Inmate                                      J-111 7/99

To captain

**BUTTE COUNTY SHERIFF'S OFFICE**
**CORRECTIONS DIVISION**
**INMATE GRIEVANCE FORM**

08-0501
EXHIBITS #

| INMATE'S NAME: (Last/First) | ID #: | HOUSING: | DATE/TIME: |
|---|---|---|---|
| WARREN, EDGAR | 137286 | B66 | 6/1/08 @ 0700 |

**DESCRIBE AND REFERENCE ALLEGED VIOLATION:** / **DATE/TIME OF INCIDENT:**

Warren is give little Food and The Inmates here to so there for Warren and the Inmates here is asking for more Food here at Butte county Jail and soon and soon. However warren and the Inmates here in-B-Pod have not had blanket of claen in-6-month so there for warren is asking for blanket of claen and the inmates here is asking for. The same here at Butte county Jail and so on and so on

**INMATE'S SIGNATURE:** Edgar Lee Warren

**RECEIVED BY: HOUSING OFFICER'S INITIALS:** / **DATE/TIME:** 06·01·08 /2120

**RECEIVED BY: TEAM SERGEANT'S INITIALS:** / **DATE/TIME:** 6/1/08 2321

**PROPOSED RESOLUTION:**

DENIED - SEE ATTACHED

GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:
DATE/TIME:

**LIEUTENANT'S RESPONSE:**

GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:
LIEUTENANT'S INITIALS:    DATE/TIME OF HEARING:

**JAIL COMMANDER'S RESPONSE:**

JAIL COMMANDER'S INITIALS:    DATE/TIME OF REVIEW:
GRIEVANCE HAS [ ] HAS NOT [ ] BEEN RESOLVED TO MY SATISFACTION. INMATE'S INITIALS:

DISTRIBUTION: White-Inmate's File, Canary-Classification, Pink-Inmate, Goldenrod-Inmate's Receipt     J-117 7/00

*EXHibit's*

# BUTTE COUNTY SHERIFF'S OFFICE
## INTER-DEPARTMENTAL MEMORANDUM

*Butte County Jail Don't go by they on State Law Are Federa Law*

**GRIEVANCE #**       08-0501

**GRIEVANT:**         Warren, Edgar   IID# 137286

**STEP #1 HEARING OFFICER:**   Jarrod Agurkis, Correctional Sergeant

**DATE:**             06/02/08

### GRIEVANCE DENIED

Mr. Warren according to our records the entire facility received blanket exchange starting on April 7th and your pod received new blankets on April 13th. I have spoken with the kitchen supervisor in regards to your complaint of the amount of food you receive. The meal selection served in this facility is certified by a registered dietitian and meets the food nutritional guidelines established in Title 15.

You have also failed to comply with Section II, Procedure 04 (located on page 15) of the *JAIL INFORMATION HANDBOOK,* in that you have not referenced what constitutional right, state or federal law, Board of Corrections -Title 15 section number, or Departmental policy or rule that we have violated.

No further action will be taken on this grievance. You have exhausted all administrative recourse for your grievance. Any additional action must be taken through the courts.

Our grievance system is a formal, structured set of procedures governed by California administrative law practices. Here are some rules to which you must adhere:
- The grievance procedure is to be utilized only after you have exhausted the Inmate Request Form procedures outlined in your *Jail Information Handbook*.
- The procedures that must be followed when filing a grievance are outlined in your *Jail Information Handbook*. They include your referencing what constitutional right, state or federal law, Board of Corrections -Title 15 section number, or Departmental policy or rule that we have violated. Grievances that fail to make such a citation will be denied outright.

*Butte Coun*

Edgar Lee WARREN
35 County Center DR
Oroville, CA 95965

CONFIDENTIAL
Legal Mail
Federal Mail
Federal Courts

COUNTY JAIL INMATE

USA 41

OFFICE OF THE CLERK U.S.
DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA
94102

94102+3661

