**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

July 22, 2008

United States District Court
for the Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

RE: CV 08-2861 MHP  EDGAR LEE WARREN-v-BUTTE COUNTY JAIL

Dear Clerk,

　　Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

　　☐　Certified copy of docket entries.

　　☐　Certified copy of Transferral Order.

　　☐　Original case file documents.

　　☒　Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　Sincerely,
　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　*Gina Agustine*

　　　　　　　　　by:  Gina Agustine-Rivas
　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record